# United States District Court
# For The Western District of North Carolina
# Statesville Division

DARRYL WILLIAM COLEMAN,

    Plaintiff(s),

vs.

JUDY BRANDON,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

5:11CV131-2-RJC

DECISION BY COURT. This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 19, 2012, Order.

Signed: September 20, 2012

Frank G. Johns, Clerk
United States District Court