# United States District Court
# For The Western District of North Carolina
# Statesville Division

DARRYL WILLIAM COLEMAN,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                             5:11CV131-2-RJC

JUDY BRANDON,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 19, 2012, Order.

                                         Signed: September 20, 2012

Frank G. Johns, Clerk
United States District Court